**(136 So. 95)**

## CITY OF NEW ORLEANS v. NEW ORLEANS LAND COMPANY and Mrs. Amelia Puissegeur et al.

### No. 31142.

June 22, 1931.

Rehearing Denied July 17, 1931.

Warren Simon, Roger Meunier, and Delvaille H. Theard, all of New Orleans, for appellants.

Michel Provosty, City Atty., Francis P. Burns and Walter M. Barnett, Jr., Asst. City Attys., all of New Orleans, for appellee.

BRUNOT, J.

For the reasons assigned in the case of City of New Orleans v. New Orleans Land Company and Baptiste Puissegeur, 136 So. 91,[1] of the docket of this court, this day decided, the judgment appealed from herein is affirmed.

**(136 So. 95)**

## BARRACO v. BARRACO.
### No. 29750.

June 22, 1931.

Rehearing Denied July 17, 1931.

[1] 173 La. 71.

Theodore Cotonio, Jr., and Theodore Cotonio, Sr., both of New Orleans, for appellant.

U. Marinoni, Jr., of New Orleans, for appellee.

LAND, J.

On July 19, 1928, plaintiff obtained from her husband in the lower court a judgment of divorce, which was signed July 25, 1928.

On July 31, 1928, defendant took a suspensive appeal from this judgment, returnable to this court on September 26, 1928.

On March 6, 1930, during the pendency of this appeal, defendant was married again in the parish of Jefferson within this state.

Plaintiff has moved to dismiss the appeal on the ground that the remarriage of defendant was an acquiescence in the judgment appealed from and defeated his appeal. Code Prac. art. 567.

In our opinion the motion to dismiss is well founded, and must be maintained.

Appeal dismissed.